# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**JAMES AYERS**                                                    **PLAINTIFF**

**v.**                          **Case No. 3:17-cv-00168 KGB**

**JETTON GENERAL
CONTRACTING, INC.,** *et al.*                                    **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 12). The parties submit that they have reached an agreement that resolves all claims in this matter. The joint stipulation seeks dismissal with prejudice of plaintiff James Ayers' claims against defendants in this action. The joint stipulation accords with the terms of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. For good cause shown, the Court adopts the joint stipulation of dismissal, and the action is dismissed with prejudice. By agreement and at the request of the parties to this action, this Court retains jurisdiction for the purpose of enforcing any terms and conditions of the settlement agreement for a period of 150 days from the date of this dismissal.

It is so ordered this 23rd day of April, 2018.

_____
Kristine G. Baker
United States District Judge